**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**TORUS VENTURES LLC,**

**Plaintiff,**

**v.**

**ETHOS TECHNOLOGIES, INC.,**

**Defendant.**

**Civil Action No: 7:26-cv-00352-DC**

**PATENT CASE**

**JURY TRIAL DEMANDED**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Ethos Technologies Inc. is a Delaware corporation and no publicly held corporation holds 10% or more of its stock.

Dated: October 1, 2026

Respectfully submitted,

By: */s/ Lance E. Wyatt, Jr.*

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt, Jr.
Texas Bar No. 24093397
wyatt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone (214) 747-5070
Facsimile (214) 747-2091

**COUNSEL FOR DEFENDANT ETHOS TECHNOLOGIES INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 1, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Lance E. Wyatt, Jr.*
Lance E. Wyatt, Jr.